IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02802-REB-MEH

JEREMY C. MYERS,
GREAT WESTERN SALVAGE LTD.,

     Plaintiffs,

v.

BRIAN KOOPMAN, in his individual and official capacities,
LUKE HECKER, in his individual and official capacities,
DENNIS V. HARRISON, in his individual and official capacities,
JAMES A. ALDERDEN, in his individual and official capacities,
CITY OF LOVELAND,
CITY OF FORT COLLINS,
LARIMER COUNTY, by and through
LARIMER COUNTY BOARD OF COMMISSIONERS,
LARRY ABRAHAMSON, in his individual and official capacities, and
EIGHTH JUDICIAL DISTRICT OF COLORADO,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 12, 2010.**

     The Defendants' Unopposed Joint Motion to Stay the Proceedings, Including Vacating the Scheduling Conference, Pending Determination of the Motions to Dismiss [filed January 8, 2010; docket #18] is **denied without prejudice** for insufficient cause and legal authority. If the parties wish to re-file the motion, they are directed to consider Judge Blackburn's Practice Standards - Civil Actions in addition to rectifying the insufficiencies of the motion.