## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 09-cv-02802-REB-MEH

JEREMY C. MYERS, and
GREAT WESTERN SALVAGE LTD.

    Plaintiffs,

v.

BRIAN KOOPMAN, Detective in the Loveland, Colorado Police department, in his
    official and individual capacity;
LUKE HECKER, Chief of Loveland Police Department, in his official and individual capacity;
DENNIS V. HARRISON, Chief of the Fort Collins Police Department, in his official and
    individual capacity;
JAMES A. ALDERDEN, Sheriff of Larimer County, Colorado, in his official and individual
    capacity;
CITY OF LOVELAND, Colorado, a municipality;
CITY OF FORT COLLINS, Colorado, a municipality;
LARIMER COUNTY, a County, by and through the
LARIMER COUNTY BOARD OF COUNTY COMMISSIONERS;
LARRY ABRAHAMSON, District Attorney of the Eighth Judicial District in his official
    capacity; and
EIGHTH JUDICIAL DISTRICT OF COLORADO, a political subdivision of the State of
    Colorado,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on **Loveland Defendants' Unopposed Motion For Leave To File Motion For Summary Judgment Exceeding Page Limitations** [#57] filed April 29, 2010. The motion is **GRANTED** and **Defendants Koopman and Hecker's Motion For Summary Judgment Based Upon Qualified Immunity** [#56] is accepted for filing.

    Dated: April 30, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.