IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02802-REB-MEH

JEREMY C. MYERS,
GREAT WESTERN SALVAGE LTD.,

    Plaintiffs,

v.

BRIAN KOOPMAN, in his individual and official capacities,
LUKE HECKER, in his individual and official capacities,
DENNIS V. HARRISON, in his individual and official capacities,
JAMES A. ALDERDEN, in his individual and official capacities,
CITY OF LOVELAND,
CITY OF FORT COLLINS,
LARIMER COUNTY, by and through
LARIMER COUNTY BOARD OF COMMISSIONERS,
LARRY ABRAHAMSON, in his individual and official capacities, and
EIGHTH JUDICIAL DISTRICT OF COLORADO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 24, 2010.**

    The Loveland Defendants' Unopposed[1] Motion to Stay All Discovery Pending Resolution of Defendants Koopman and Hecker's Motion for Summary Judgment Based Upon Qualified Immunity [filed May 20, 2010; docket #62] is **granted in part and denied in part**.

    For the same reasons set forth in this Court's opinion in *Daniels v. Colorado Dep't of Corr.*, 2009 WL 1174469 (D. Colo. Apr. 29, 2009), discovery in this matter is temporarily stayed only as to Defendants City of Loveland and to Defendants Koopman and Hecker in their individual and official capacities pending a determination by the District Court of their pending Motion for Summary Judgment.

    Otherwise, for the same reasons set forth in this Court's January 19, 2010 order, discovery

---

    [1]The Plaintiffs contend that they did not initially understand that the Defendants' request was to stay all discovery in the case; therefore, they filed an objection to the motion on May 21, 2010. *See* docket #65.

will proceed as to all other Defendants.