IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02802-REB-MEH

JEREMY C. MYERS,
GREAT WESTERN SALVAGE LTD.,

    Plaintiffs,

v.

BRIAN KOOPMAN, in his individual and official capacities,
LUKE HECKER, in his individual and official capacities,
DENNIS V. HARRISON, in his individual and official capacities,
JAMES A. ALDERDEN, in his individual and official capacities,
CITY OF LOVELAND,
CITY OF FORT COLLINS,
LARIMER COUNTY, by and through
LARIMER COUNTY BOARD OF COMMISSIONERS,
LARRY ABRAHAMSON, in his individual and official capacities, and
EIGHTH JUDICIAL DISTRICT OF COLORADO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 14, 2010.**

    For the same reasons set forth in this Court's May 3, 2010 and May 24, 2010 orders, the Unopposed Motion to Stay Discovery Pending Determination of Entitlement to Qualified Immunity filed by Defendants City of Fort Collins and Harrison [filed June 11, 2010; docket #76] is **granted**. The proceedings of this case are hereby temporarily **stayed** as to Defendants City of Fort Collins and Harrison pending the District Court's ruling on Defendants' Motion for Summary Judgment. The parties are directed to submit a status report within five days of the entry of any order adjudicating the pending Motion for Summary Judgment.