IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02802-REB-MEH

JEREMY C. MYERS,
GREAT WESTERN SALVAGE LTD.,

    Plaintiffs,

v.

BRIAN KOOPMAN, in his individual and official capacities,
LUKE HECKER, in his individual and official capacities,
DENNIS V. HARRISON, in his individual and official capacities,
JAMES A. ALDERDEN, in his individual and official capacities,
CITY OF LOVELAND,
CITY OF FORT COLLINS,
LARIMER COUNTY, by and through
LARIMER COUNTY BOARD OF COMMISSIONERS,
LARRY ABRAHAMSON, in his individual and official capacities, and
EIGHTH JUDICIAL DISTRICT OF COLORADO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 19, 2010.**

    Having no objection[1] and for good cause shown, the Loveland Defendants' Motion for Protective Order [filed September 22, 2010; docket #95] is **granted**. So that the Court may properly enter the order, on or before October 22, 2010, the Loveland Defendants shall provide to the Court a copy of the proposed Protective Order in useable format (Word, Word Perfect).

---

[1] Although the Loveland Defendants certify that Plaintiffs oppose the motion, Plaintiffs filed no response brief in the time allowed pursuant to Fed. R. Civ. P. 6 and D.C. Colo. LCivR 7.1C.