IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02802-REB-MEH

JEREMY C. MYERS,
GREAT WESTERN SALVAGE LTD.,

      Plaintiffs,

v.

BRIAN KOOPMAN, in his individual and official capacities,
LUKE HECKER, in his individual and official capacities,
DENNIS V. HARRISON, in his individual and official capacities,
JAMES A. ALDERDEN, in his individual and official capacities,
CITY OF LOVELAND,
CITY OF FORT COLLINS,
LARIMER COUNTY, by and through
LARIMER COUNTY BOARD OF COMMISSIONERS,
LARRY ABRAHAMSON, in his individual and official capacities, and
EIGHTH JUDICIAL DISTRICT OF COLORADO,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 28, 2011.**

      Before the Court is Plaintiffs' Motion to Lift the Stays of Discovery Imposed by Order of Magistrate Judge Michael Hegarty [filed December 21, 2010; docket #112]. Plaintiffs' primary concern in requesting that the stays be lifted was the upcoming February 28, 2011 trial date. Docket #112 at ¶ 12. However, Judge Blackburn has issued an order vacating the trial and trial preparation conference dates. Docket #117 Consequently, and finding that the temporary stays of discovery in this case are proper, the motion is **denied**.