**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02802-REB-MEH

JEREMY C. MYERS, and
GREAT WESTERN SALVAGE LTD.

 Plaintiffs,

v.

BRIAN KOOPMAN, Detective in the Loveland, Colorado Police department, in his
  official and individual capacity;
LUKE HECKER, Chief of Loveland Police Department, in his official and individual
capacity;
DENNIS V. HARRISON, Chief of the Fort Collins Police Department, in his official and
  individual capacity;
JAMES A. ALDERDEN, Sheriff of Larimer County, Colorado, in his official and individual
  capacity;
CITY OF LOVELAND, Colorado, a municipality;
CITY OF FORT COLLINS, Colorado, a municipality;
LARIMER COUNTY, a County, by and through the
LARIMER COUNTY BOARD OF COUNTY COMMISSIONERS;
LARRY ABRAHAMSON, District Attorney of the Eighth Judicial District in his official
  capacity; and
EIGHTH JUDICIAL DISTRICT OF COLORADO, a political subdivision of the State of
  Colorado,

 Defendants.

---

**MINUTE ORDER**[1]

---

 The matter comes before the court on **Defendants' Unopposed Joint Motion To Vacate Telephone Setting Conference Scheduled for February 16, 2011 at 10:00 a.m.** [#122] filed February 8, 2011. After reviewing the motion and the file, the court has concluded that the motion should be granted and the telephonic setting conference set for February 16, 2011, should be vacated and reset.

 **THEREFORE, IT IS ORDERED** as follows:

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

1.  That the **Defendants' Unopposed Joint Motion To Vacate Telephone Setting Conference Scheduled for February 16, 2011 at 10:00 a.m.** [#122] filed February 8, 2011, is **GRANTED**;

2.  That the telephonic setting conference set for February 16, 2011, is **VACATED** and is **CONTINUED** to **March 25, 2011**, at 10:00 a.m.; and

3.  That counsel for the plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated:  February 8, 2011