## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No.  09-cv-02802-REB-MEH

JEREMY C. MYERS, and
GREAT WESTERN SALVAGE LTD.

    Plaintiffs,

v.

BRIAN KOOPMAN, Detective in the Loveland, Colorado Police department, in his
    official and individual capacity;
LUKE HECKER, Chief of Loveland Police Department, in his official and individual
capacity;
DENNIS V. HARRISON, Chief of the Fort Collins Police Department, in his official and
    individual capacity;
JAMES A. ALDERDEN, Sheriff of Larimer County, Colorado, in his official and individual
    capacity;
CITY OF LOVELAND, Colorado, a municipality;
CITY OF FORT COLLINS, Colorado, a municipality;
LARIMER COUNTY, a County, by and through the
LARIMER COUNTY BOARD OF COUNTY COMMISSIONERS;
LARRY ABRAHAMSON, District Attorney of the Eighth Judicial District in his official
    capacity; and
EIGHTH JUDICIAL DISTRICT OF COLORADO, a political subdivision of the State of
    Colorado,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter is before the court *sua sponte.*  The court inadvertently entered an **Minute Order** [#124] February 9, 2011, denying as moot **Defendants Koopman and Hecker's Motion For Leave To Supplement Motion For Summary Judgment Based Upon Qualified Immunity** [#93] filed September 22, 2010.  This motion and **Defendant Dennis V. Harrison's Joinder in Defendants Koopman and Hecker's Motion For Leave To Supplement Motion For Summary Judgment** [#103] filed September 30, 2010, should have been granted.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the court's **Minute Order** [#124] entered February 9, 2011, is **WITHDRAWN**;

2.  That **Defendants Koopman and Hecker's Motion For Leave To Supplement Motion For Summary Judgment Based Upon Qualified Immunity** [#93] filed September 22, 2010, is **GRANTED**; and

3.  That **Defendant Dennis V. Harrison's Joinder in Defendants Koopman and Hecker's Motion For Leave To Supplement Motion For Summary Judgment** [#103] filed September 30, 2010, is **GRANTED**.

Dated:  February 11, 2011