**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02802-REB-MEH

JEREMY C. MYERS, and
GREAT WESTERN SALVAGE LTD.

     Plaintiffs,

v.

BRIAN KOOPMAN,

     Defendant.

---

## MINUTE ORDER[1]

---

     The matter before the court is **Defendant's Motion For Leave To Supplement Response To Plaintiff's Motion To Certify Defendant's Appeal as Frivolous and Forfeited** [#159][2] filed August 16, 2011. The motion is **DENIED**. Permitting the defendant to supplement his response by incorporating his brief filed with the United States Court of Appeals for the Tenth Circuit would, in effect, cause the defendant's response to consist of approximately 30 pages of legal argument, far in excess of this court's standard page limitation for such a response. REB Civ. Practice Standard V.B. The defendant has not shown good cause for such an expansion of the page limitation.

     Dated: August 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#159]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.