**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02802-REB-MEH

JEREMY C. MYERS,

    Plaintiff,

v.

BRIAN KOOPMAN, Detective in the Loveland, Colorado Police department, in his individual capacity,

    Defendant.

**ORDER CONCERNING RECOMMENDATIONS OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is matter before me on the following: (1) the **Defendant's Motion for Stay** [#143][1] filed June 29, 2011; (2) the **Recommendation of United States Magistrate Judge** [#145] filed June 30, 2011; and (3) the **Recommendation of United States Magistrate Judge** [#156] filed July 26, 2011.

    The motion and the two recommendations all concern a stay of this case and a continuance of the trial, currently set to begin on September 26, 2011. In a separate order, I have vacated the trial in this case, pending the resolution of the defendant's appeal of my decision denying the defendant's claim of entitlement to prosecutorial immunity to the United States Court of Appeals for the Tenth Circuit. In effect, this case is stayed in this court pending resolution of the defendant's appeal. As a result, the

---

[1] "[#143]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

motion for stay and the two recommendations of the magistrate judge have been rendered moot.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Defendant's Motion for Stay** [#143] filed June 29, 2011, is **DENIED** as moot;

2. That the **Recommendation of United States Magistrate Judge** [#145] filed June 30, 2011, is **TERMINATED** on the docket as moot; and

3. That the **Recommendation of United States Magistrate Judge** [#156] filed July 26, 2011, is **TERMINATED** on the docket as moot.

Dated September 9, 2011, at Denver, Colorado.

                                                **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge