IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  09-cv-02802-REB-MEH | Date:   May 25, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

JEREMY C. MYERS,                                                        Randall Meyers

      Plaintiff,

vs.

BRIAN KOOPMAN,                                                       Kent Campbell

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**     **10:03 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendant's Motion for an Order Compelling Discovery (Doc. 201, filed 5/9/12) and Plaintiff's Motion to Compel Discovery (Doc. 203, filed 5/10/12).

**ORDERED:**  1.  Defendant's Motion for an Order Compelling Discovery (Doc. 201, filed 5/9/12) is GRANTED in part and DENIED in part as stated on the record.

2.  Plaintiff's Motion to Compel Discovery (Doc. 203, filed 5/10/12) is GRANTED in part and DENIED in part as stated on the record.

3.  Plaintiff's expert disclosures due by **July 2, 2012.**  Defendant's expert disclosures due by **August 1, 2012.**

**Court in recess:**     **11:10 a.m.**  (Hearing concluded)
**Total time in court:**  1:07