IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-02802-REB-MEH | Date: June 6, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| JEREMY C. MYERS, | Randall Meyers |
| Plaintiff, | |
| vs. | |
| BRIAN KOOPMAN, | Kent Campbell |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:** 10:17 a.m.

Court calls case. Appearances of counsel. Jeremy Myers and Brian Koopman are present.

Argument and discussion regarding Defendant's Motion for Sanctions (Doc. #218, filed 5/31/12).

**ORDERED:** 1. Defendant's Motion for Sanctions (Doc. #218, filed 5/31/12) is DENIED as stated on the record.

2. Defendant shall file a Status Report by close of business on **June 8, 2012,** regarding service of the subpoena on Leo Salazar.

3. The deposition of Leo Salazar will take place on June 19, 2012.

4. Defendant may serve a subpoena on James Myers for production of documents and deposition regarding damage and repairs to the property. The deposition will be set at a time convenient to counsel and James Myers.

**Court in recess:** 11:01 a.m. (Hearing concluded)
**Total time in court:** 0:44