**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02802-REB-MEH

JEREMY C. MYERS, and
GREAT WESTERN SALVAGE LTD.

     Plaintiffs,

v.

BRIAN KOOPMAN,

     Defendant.

## MINUTE ORDER[1]

     The matter is before the court on **Defendant's Unopposed Motion For Leave To File Motion For Summary Judgment Exceeding Page Limitations** [#228] filed September 18, 2012. The motion is **GRANTED**. Defendant may file a motion for summary judgment not to exceed thirty (30) pages in length.

     Dated: September 18, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.