IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02802-REB-MEH

JEREMY C. MYERS,

    Plaintiff,

v.

BRIAN KOOPMAN, in his individual capacity,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 15, 2014.**

    The Motion to Withdraw as Co-Counsel for Brian Koopman filed by John Duval [filed April 14, 2014; docket #278] is **granted**. Mr. Duval's representation of the Defendant in this case is terminated. Mr. Koopman will continue to be represented by Kent Campbell and Teresa Ablao in this case.